[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-13530
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 26, 2011
JOHN LEY
CLERK

D.C. Docket No. 0:10-cr-60090-JIC-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDREW WHITE,
a.k.a. Andre White,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 26, 2011)

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

BY THE COURT:

Jennifer Daley, appointed counsel for Andrew White in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and White's conviction and sentence are **AFFIRMED**.